Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES   ⦿ NO     **DOCKET NUMBER:** 3:25-cr- **56-MOC**

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : | US vs Eusebio Fuentes-Soto |
| **COUNTY OF OFFENSE** : | Mecklenburg |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*:    ◯ Petty    ◯ Misdemeanor    ⦿ Felony

18 USC 922(g)(5)(A)

**JUVENILE:**    ◯ Yes    ⦿ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Robert Gleason |
| **VICTIM/WITNESS COORDINATORS:** | Shirley Rutledge |
| **INTERPRETER NEEDED** : | Yes |
| **LIST LANGUAGE AND/OR DIALECT:** | Spanish |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / purge before archiving )