# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Eusebio Fuentes-Soto, a.k.a., Eusebio Soto, a.k.a., Edgar Perez- ▪

Case Number:

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|----------|---------|-------------------|---------------------|
| I | 18 USC 922(g)(5) | None | 15 years Maximum Imprisonment, $250,000 Fine, Maximum Term of 3 years Supervised Release. |
| | | | If an Armed Career Criminal, 15 years Mandatory Minimum term of imprisonment, maximum term of life imprisonment, $250,000 Fine, and a Maximum Term of 5 years of Supervised Release. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?    ☐ YES    ☒ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?    ☐ YES    ☐ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?    ☐ YES    ☐ NO

\* 18 U.S.C. 924(C) ONLY

IF YES    ☐ BRANDISH

        ☐ DISCHARGE