# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUSEBIO FUENTES-SOTO<br><br>Defendant. | 3:25CR0056-MOC |

## MOTION TO CONTINUE TRIAL AND MOTIONS DEADLINE DATE

Eusebio Fuentes-Soto, through counsel, Kelly Sullivan, Assistant Federal Public Defender, respectfully requests that this Court continue the trial and motions deadline in this case. As grounds, the Defense states the following:

1. Mr. Fuentes-Soto made his initial appearance on April 14, 2025, on a One (1) Count Indictment charging him with violating 18 U.S.C. § 922(g)(5)(A) and 18 U.S.C. § 924(a)(8) possession of a firearm and ammunition by an illegal alien.

2. Mr. Fuentes-Soto's arraignment was held and he was ordered detained on April 14, 2025.

3. This matter is currently scheduled for a Status Conference on April 28, 2025, at 9:00 A.M. and Docket Call on May 5, 2025, at 9:30 A.M. before this Honorable Court.

4. Counsel has not received any discovery in this case and will need additional time once received to review the evidence with Mr. Fuentes-Soto.

5. The government has no objection to this motion.

**WHEREFORE**, Eusebio Feuntes-Soto requests that the time of his trial be continued to

1

this Court's next Criminal Term.

        Respectfully submitted,

        */s/ Kelly Sullivan*
        Kelly Sullivan
        GA Bar No. 293123
        Assistant Federal Defender
        Federal Defenders of Western North Carolina
        129 West Trade Street, Suite 300
        Charlotte, NC  28202
        Phone:  (704) 374-0720
        Fax: (704) 374-0722
        Email: Kelly_Sullivan@fd.org